# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| William Charles Graham,<br><br>　　　　Plaintiff,<br><br>v.<br><br>USP-McCreary, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-1041 (WMW/DTS)<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff filed a request for "an Order granting Bail and Emergency Relief" (Dkt. No. 8). Since there is no basis in law or in fact to support this request for emergency relief, this Court RECOMMENDS that this request be **DENIED**.

Dated: May 25, 2022　　　　　　　　　　　　s/David T. Schultz
　　　　　　　　　　　　　　　　　　　　　DAVID T. SCHULTZ
　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge