UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

William Charles Graham,                                Case No. 22-cv-1041 (WMW/DTS)

                          Petitioner,

                                                       **ORDER ADOPTING REPORT AND**
          v.                                              **RECOMMENDATIONS**

USP-McCreary and Federal Bureau of
Prisons,

                          Respondents.

---

Before the Court are the April 28, 2022 Report and Recommendation and May 25, 2022 Report and Recommendation (collectively, R&Rs) of United States Magistrate Judge David T. Schultz. (Dkts. 6, 9.)  No objections to the R&Rs have been filed.  In the absence of timely objections, this Court reviews an R&R for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Having reviewed the R&Rs, the Court finds no clear error.

Based on the R&Rs and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1.      The April 28, 2022 R&R, (Dkt. 6), is **ADOPTED**.

2.      Petitioner William Charles Graham's petition for a writ of habeas corpus, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

3.      The May 25, 2022 R&R, (Dkt. 9), is **ADOPTED**.

4.      Petitioner William Charles Graham's motion for an order granting bail and emergency relief, (Dkt. 8), is **DENIED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:  June 12, 2022                                    s/Wilhelmina M. Wright
                                                        Wilhelmina M. Wright
                                                        United States District Judge